## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 7/30/2020                                                                                       Case Number 3:19-cv-00898
Case Style: Nelson vs. Warner
Type of hearing Trial to the Court
Before the honorable: 2514-Chambers
Court Reporter Kathy Swinhart                                                        Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Anthony Majestro


Attorney(s) for the Defendant(s) Curtis Capehart,Jessica Lee,John Masslon


Law Clerk Matt Junker                                                                       Probation Officer

Trial Time


Non-Trial Time


Court Time

9:41 am   to 12:43 pm
Total Court Time: 3 Hours 2 Minutes Court actively conducting trial proceedings/Contested proceedings

Courtroom Notes

Trial to the Court scheduled to commence:  9:30 a.m.
Trial to the Court commenced:  9:41 a.m.

Closing arguments.
Court's comments.

Recess 12:43 p.m.