FILED: August 11, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1860 (L)
(3:19-cv-00898)

_____

DAKOTA NELSON; BELINDA BIAFORE, individually and as Chairperson of the West Virginia Democratic Party; ELAINE A. HARRIS, individually and as Chairperson of the Kanawha County Democratic Executive Committee; WEST VIRGINIA DEMOCRATIC PARTY; WEST VIRGINIA DEMOCRATIC HOUSE LEGISLATIVE COMMITTEE

  Plaintiffs - Appellees

v.

MAC WARNER, in his official capacity as West Virginia Secretary of State

  Defendant - Appellant

and

VERA MCCORMICK, in her official capacity as Clerk of Kanawha County, West Virginia and all county ballot commissioners for the state of West Virginia

  Defendant

_____

No. 20-1861
(3:19-cv-00898)

_____

DAKOTA NELSON; BELINDA BIAFORE, individually and as Chairperson of the West Virginia Democratic Party; ELAINE A. HARRIS, individually and as Chairperson of the Kanawha County Democratic Executive Committee; WEST

VIRGINIA DEMOCRATIC PARTY; WEST VIRGINIA DEMOCRATIC HOUSE LEGISLATIVE COMMITTEE

       Plaintiffs - Appellees

v.

VERA MCCORMICK, in her official capacity as Clerk of Kanawha County, West Virginia and all county ballot commissioners for the state of West Virginia

       Defendant - Appellant

 and

MAC WARNER, in his official capacity as West Virginia Secretary of State

       Defendant

_____

O R D E R

_____

The court consolidates Case No. 20-1860 and Case No. 20-1861. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk