FILED: August 18, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1860 (L)
(3:19-cv-00898)

_____

DAKOTA NELSON; BELINDA BIAFORE, individually and as Chairperson of the West Virginia Democratic Party; ELAINE A. HARRIS, individually and as Chairperson of the Kanawha County Democratic Executive Committee; WEST VIRGINIA DEMOCRATIC PARTY; WEST VIRGINIA DEMOCRATIC HOUSE LEGISLATIVE COMMITTEE

      Plaintiffs - Appellees

v.

MAC WARNER, in his official capacity as West Virginia Secretary of State

      Defendant - Appellant

and

VERA MCCORMICK, in her official capacity as Clerk of Kanawha County, West Virginia and all county ballot commissioners for the state of West Virginia

      Defendant

------------------------------

STATE OF TEXAS; STATE OF GEORGIA; HONEST ELECTIONS PROJECT

      Amici Supporting Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's emergency motion for stay pending appeal, the court grants the motion.

Entered at the direction of Judge Thacker with the concurrence of Judge Wynn and Judge Richardson.

                              For the Court

                              <u>/s/ Patricia S. Connor, Clerk</u>