FILED:  October 23, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1860 (L)
(3:19-cv-00898)

_____

DAKOTA NELSON; BELINDA BIAFORE, individually and as Chairperson of
the West Virginia Democratic Party; ELAINE A. HARRIS, individually and as
Chairperson of the Kanawha County Democratic Executive Committee; WEST
VIRGINIA DEMOCRATIC PARTY; WEST VIRGINIA DEMOCRATIC
HOUSE LEGISLATIVE COMMITTEE

       Plaintiffs - Appellees

v.

MAC WARNER, in his official capacity as West Virginia Secretary of State

       Defendant - Appellant

 and

VERA MCCORMICK, in her official capacity as Clerk of Kanawha County,
West Virginia and all county ballot commissioners for the state of West Virginia

       Defendant

-------------------------------

STATE OF TEXAS; STATE OF GEORGIA; HONEST ELECTIONS PROJECT

       Amici Supporting Appellant

_____

## O R D E R
_____

The court grants the motion by John M. Masslon, II to withdraw from

further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk