FILED: February 25, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1860 (L)
(3:19-cv-00898)

_____

DAKOTA NELSON; BELINDA BIAFORE, individually and as Chairperson of the West Virginia Democratic Party; ELAINE A. HARRIS, individually and as Chairperson of the Kanawha County Democratic Executive Committee; WEST VIRGINIA DEMOCRATIC PARTY; WEST VIRGINIA DEMOCRATIC HOUSE LEGISLATIVE COMMITTEE

       Plaintiffs - Appellees

v.

MAC WARNER, in his official capacity as West Virginia Secretary of State

       Defendant - Appellant

 and

VERA MCCORMICK, in her official capacity as Clerk of Kanawha County, West Virginia and all county ballot commissioners for the state of West Virginia

       Defendant

------------------------------

STATE OF TEXAS; STATE OF GEORGIA; STATE OF ARIZONA: STATE OF FLORIDA: STATE OF INDIANA; STATE OF OKLAHOMA: HONEST ELECTIONS PROJECT

       Amici Supporting Appellant

_____

O R D E R
_____

The court grants the motion to withdraw Kyle D. Hawkins from further representation on appeal.

                For the Court--By Direction

                <u>/s/ Patricia S. Connor, Clerk</u>