FILED: September 28, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1860 (L)
(3:19-cv-00898)

_____

DAKOTA NELSON; BELINDA BIAFORE, individually and as Chairperson of the West Virginia Democratic Party; ELAINE A. HARRIS, individually and as Chairperson of the Kanawha County Democratic Executive Committee; WEST VIRGINIA DEMOCRATIC PARTY; WEST VIRGINIA DEMOCRATIC HOUSE LEGISLATIVE COMMITTEE

       Plaintiffs - Appellees

v.

MAC WARNER, in his official capacity as West Virginia Secretary of State

       Defendant - Appellant

and

VERA MCCORMICK, in her official capacity as Clerk of Kanawha County, West Virginia and all county ballot commissioners for the state of West Virginia

       Defendant

------------------------------

STATE OF TEXAS; STATE OF GEORGIA; STATE OF ARIZONA: STATE OF FLORIDA: STATE OF INDIANA; STATE OF OKLAHOMA: HONEST ELECTIONS PROJECT

       Amici Supporting Appellant

———————————

O R D E R

———————————

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Thacker, and Senior Judge Keenan.

                                                      For the Court

                                                      /s/ Patricia S. Connor, Clerk