FILED: October 6, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1860 (L)
(3:19-cv-00898)

_____

DAKOTA NELSON; BELINDA BIAFORE, individually and as Chairperson of the West Virginia Democratic Party; ELAINE A. HARRIS, individually and as Chairperson of the Kanawha County Democratic Executive Committee; WEST VIRGINIA DEMOCRATIC PARTY; WEST VIRGINIA DEMOCRATIC HOUSE LEGISLATIVE COMMITTEE

      Plaintiffs - Appellees

v.

MAC WARNER, in his official capacity as West Virginia Secretary of State

      Defendant - Appellant

and

VERA MCCORMICK, in her official capacity as Clerk of Kanawha County, West Virginia and all county ballot commissioners for the state of West Virginia

      Defendant

------------------------------

STATE OF TEXAS; STATE OF GEORGIA; STATE OF ARIZONA: STATE OF FLORIDA: STATE OF INDIANA; STATE OF OKLAHOMA: HONEST ELECTIONS PROJECT

      Amici Supporting Appellant

_____

No. 20-1861
(3:19-cv-00898)

_____

DAKOTA NELSON; BELINDA BIAFORE, individually and as Chairperson of the West Virginia Democratic Party; ELAINE A. HARRIS, individually and as Chairperson of the Kanawha County Democratic Executive Committee; WEST VIRGINIA DEMOCRATIC PARTY; WEST VIRGINIA DEMOCRATIC HOUSE LEGISLATIVE COMMITTEE

      Plaintiffs - Appellees

v.

VERA MCCORMICK, in her official capacity as Clerk of Kanawha County, West Virginia and all county ballot commissioners for the state of West Virginia

      Defendant - Appellant

and

MAC WARNER, in his official capacity as West Virginia Secretary of State

      Defendant

------------------------------

STATE OF TEXAS; STATE OF GEORGIA; HONEST ELECTIONS PROJECT; STATE OF ARIZONA; STATE OF FLORIDA; STATE OF INDIANA; STATE OF OKLAHOMA

      Amici Supporting Appellant

_____

MANDATE

_____

The judgment of this court, entered September 1, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<u>/s/Patricia S. Connor, Clerk</u>