IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DAKOTA NELSON;
BELINDA BIAFORE, individually and as
Chairperson of the West Virginia Democratic Party;
ELAINE A. HARRIS, individually and as
Chairperson of the Kanawha County Democratic Executive Committee;
WEST VIRGINIA DEMOCRATIC PARTY; and
WEST VIRGINIA HOUSE LEGISLATIVE COMMITTEE,

Plaintiffs,

v.  CIVIL ACTION NO.  3:19-0898

MAC WARNER in his official capacity as
West Virginia Secretary of State; and
VERA MCCORMICK, in her official capacity as
Clerk of Kanawha County, West Virginia, and all
ballot commissioners for the state of West Virginia,

Defendants.

**JUDGMENT ORDER**

Pursuant to the Fourth Circuit Mandate (ECF No. 156), and its decision in *Nelson v. Warner*, 12 F.4th 376 (4th Cir. 2021), which vacated and remanded this Court's judgment (ECF No. 126), this Court **DISMISSES** the Complaint and **DISMISSES** this matter from the Court's docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:    October 15, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE